IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID G. BERUBE, | ) | No. C 11-02635 EJD (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| TILTON, et al., | ) ) | |
| Defendants. | ) ) ) | |

On June 2, 2011, Plaintiff filed this pro se civil rights pursuant to 42 U.S.C. § 1983, along with an In Forma Pauperis ("IFP") Application. (Docket No. 2.) The same day, the Clerk of the Court sent a notification to Plaintiff that his IFP application was deficient because he failed to submit the following: 1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison; and 2) a copy of his prisoner trust account statements showing transactions for the last six months. (Docket No. 3.) Plaintiff was advised to file the missing document or pay the filing fee within thirty days to avoid dismissal of the action. (Id.) The deadline has since passed, and Plaintiff has neither paid the filing fee nor filed the necessary documents to complete his IFP application.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

DATED: August 11, 2011

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.EJD\CR.11\02635Berube_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID GEORGE BERUBE,

        Plaintiff,

  v.

TILTON, et al.,

        Defendants.

Case Number: CV11-02635 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  8/11/2011 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David G. Berube #11665234
San Francisco County Jail
850 Bryant
San Francisco, CA 94103

Dated:  8/11/2011

        Richard W. Wieking, Clerk
        /s/By: Elizabeth Garcia, Deputy Clerk