IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID G. BERUBE, | ) | No. C 11-02635 EJD (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| TILTON, et al., | ) | |
| Defendants. | ) | |

    The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

    The Clerk shall close the file.

DATED: August 11, 2011



EDWARD J. DAVILA  
United States District Judge

Judgment  
P:\PRO-SE\SJ.EJD\CR.11\02635Berube_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID GEORGE BERUBE,

        Plaintiff,

  v.

TILTON, et al.,

        Defendants.

Case Number: CV11-02635 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  8/11/2011 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David G. Berube #11665234
San Francisco County Jail
850 Bryant
San Francisco, CA 94103

Dated:   8/11/2011

                      Richard W. Wieking, Clerk
                      /s/ By: Elizabeth Garcia, Deputy Clerk